FILED
2020 Aug-05 AM 11:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

James William Sales )
_____ )
 *Plaintiff* )
 )
*(Write your full name. No more than one plaintiff may be named in* )
*a complaint.)* )
 -v- )  Case No. 2:20-CV-1121-AMM-JHE
 )  *(to be filled in by the Clerk's Office)*
 )
 )
 )
 )
G . Givens )
_____ )
 *Defendant(s)* )
 )
*(Write the full name of each defendant who is being sued. If the* )
*names of all of the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names. Do not include addresses here. Your* )
*complaint may be brought in this court only if one or more of the* )
*named defendants is located within this district.)* )

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis.*

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

I.      **The Parties to this Complaint**

A.      **The Plaintiff**

Provide the information below for the plaintiff named in the complaint.

| | |
|---|---|
| Name | JAMES William SAles |
| All other names by which you have been known: | |
| ID Number | 278544 |
| Current Institution | William.E. Donaldson |
| Address | 100 Warrior Lane |
| | Bessemer    Al    35023 |
| | *City*     *State*    *Zip Code* |

B.      **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed

Defendant No. 1

| | |
|---|---|
| Name | G. Givens |
| Job or Title *(if known)* | warden 3 / Superintendent |
| Shield Number | |
| Employer | AlAbAmA department of State Corrections |
| Address | 100 warrior Lane |
| | Bessemer    Al    35023 |
| | *City*     *State*    *Zip Code* |

☒ Individual Capacity    ☒ Official Capacity

Defendant No. 2

| | |
|---|---|
| Name | K. Petterson |
| Job or Title *(if known)* | warden 2/ Superintendent |
| Shield Number | |
| Employer | AlAbAMA department of State corrections |
| Address | 100 warrior Lane |
| | Bessemer    Al    35023 |
| | *City*     *State*    *Zip Code* |

☒ Individual Capacity    ☒ Official Capacity

Defendant No. 3

Name      ~~Roshan~~ Corbin . D . TunStall

Job or Title *(if known)*   Correctional officer of the State

Shield Number

Employer      the State

Address      100 Warrior Lane

       Bessemer      Al      35023

          *City*         *State*      *Zip Code*

☑ Individual Capacity      ☑ Official Capacity

Defendant No. 4

Name      C . Sanders

Job or Title *(if known)*   Correctional officer of the State

Shield Number

Employer      the State

Address      100 Warrior Lane

       Bessemer      Al      35023

          *City*         *State*      *Zip Code*

☑ Individual Capacity      ☑ Official Capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*;

     ☑   Federal officials (a *Bivens* claim)

     ☑   State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?   8th Amendment     14th Amendment

3

C.  Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

I was Beaten by officers Corbin.D.Tunstall

See Attached  C. Sanders

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial Detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other _____
  *(explain)*

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____

_____

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose

in the R.S.T.U Hallway on Apr 9th

C.    What date and approximate time did the events giving rise to your claim(s) occur?

On April 9th, 2020 around 12:30 or 1:00

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was beaten in the RSTU HAllWAY By officers Corbin. D. TunstAll and B.C. SANders. All this was seen by An wexford HeAlth employee whom Reported it All to he supervisors

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

MY JAW was still Healing A from being broken and (was and still is) mAde off Line because of me Being beAten Now I hAve head and back PAin that keep me awAke most nights

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I wANt 650 ThousAnd dollArs in PunItive damAges becAuse there Act was done to Cause PAin and feAr and 250 in CompensAtory dAmAges for MY PAin And mentAl suffering and PhysicAl suffering I Also Want chArges Pressed on Both officers for 3rd degree AssAult

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑  Yes

☐  No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

William . E. Donaldson

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐  Yes

☑  No

☐  Do Not Know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover ·some or· all of your claims?

☐  Yes

☑  No

☐  Do Not Know

If yes, which claim(s)?

_____

_____

6

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐  Yes

☑  No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐  Yes

☑  No

E.  If you did file a grievance

I.  Where did you file the grievance?

_____

2.  What did you claim in your grievance?

_____

3.  What was the result, if any?

_____

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

_____

_____

_____

_____

_____

_____

_____

_____

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

_there is not A grievance Procedures_

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_I informed @ captain. CAldwell And both wardens they All said this is Not My Problem_

3.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_I Wrote A statement And oral given statements to my mentAl Health MHP_

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.    Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐    Yes

☑    No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

_____

_____

_____

_____

_____

8

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1. Parties to the previous lawsuit

        Plaintiff(s) _____

        Defendant(s) _____

    2. Court *(if federal court, name the district; if state court, name the county and State)*

        _____

    3. Docket or index number

        _____

    4. Name of Judge assigned to your case

        _____

    5. Approximate date of filing lawsuit

        _____

    6. Is the case still pending?

        ☐ Yes

        ☐ No

If no, give the approximate date of disposition. _____

    7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

        _____

**IX.**     **Certification and Closing**

Under Federal Rule of Civil-Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and ( 4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

**Printed Name of Plaintiff**     JAMES William SAles

**Prison Identification #**     278544

**Prison Address**     100 Warrior LAne

Bessemer          Al          35023

*City*               *State*          *Zip Code*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     7-25-2020

(Date)

James Sales

Signature of Plaintiff

Attached to, B. Section of
1983 form Statement of Claim

ON April 9th, 2020 in the RSTU Lock
UP Hallway I was Assaulted And
Beaten while in hand cuffs I was on
my way to the medical Health care
unit when All this happend to Around 12:30
1:00 All that happend was seen by A
mental Health Observer who's Name is
Carter She gave written statement and
Oral Statement to her Supervisors mrs. Borlk
and mr. Pain. Events in this claim
happend At William. E. Donaldson

Attached to .D. Section of 1983 form

## Statement of Claim

ON April 9th, 2020 I was Assaulted by Officers Corbin .D. Tunstall and C. Sanders both of these officers Punched me in the face. Also they spayed me with mase so I would not be Able to see them but I did I was Already in hand Cuffs so there was no need for this Action

The JoB of G. Givens And K. Petterson is to make sure the Prison is run in An responsible Way And the officers follow the Employee Standards of conduct while they are Supervising Inmates. if the Above Superintendents had overseen ther Employees Proper traning then I would not have been Assaulted And beaten in the R.S.T.U Hallway

All Persons Above Are State employees Under State of AlaBama regulation

TO: Warden **G . Gpvens** ; Warden **Petterson** ;
Captain **Johnson** ; Captain **Caldwell** .
From: **James Sales** AIS# **278544** Bed# **S-18**

Re: Formal Complaint against **Corbin Tunstall** , about being in
violation of Admin. Reg. 208; Admin Reg. 327; Assault 3rd degree in violation of §13A-6-22 by
Officers and Guards; Failure to discharge duties; other violations of §14-11-4.

Date: **7 - 16 - 2020**

## COMPLAINT

I **James william Sales** , respectfully submit this complaint of "Employee
Standards of Conduct" pursuant to Admin. Reg. 208 & 327 and all applicable provisions of Title
§13A-6-22 and §14-11-4, of the Code of Alabama 1975, based on the unauthorized conduct of
Officers **Corbin Tunstall** , as related in the following sworn statements.

On the **9th** day of **April** , 20**20** Officer/Guard **Corbin Tunstall** ,
violated the following provisions of AR 208, 327 and §13A-6-22 & §14-11-4, of the Alabama
1975.

1. At AR 208, Section V (A)(7) which provides: All ADOC employees shall adhere to the
following standards: (2) Render full, efficient, and industrious service; (4) Exercise courtesy and
tact; (7) Observe all laws, rules and regulations; (8) Uphold, with integrity, the public's trust
involved in the position.

At AR 208, Section V (B) provides: Each employees conduct shall, at all times, be consistent
with the maintenance of proper security and welfare of the institution and of the inmates under
his/her supervision.

At AR 208, Section V (C) provides: Employees shall not: (4) Use profane, abusive, or
threatening langauge in communication with other employees, the public, or when supervising
inmates; (17) Apply physical force to an inmate, except and only to the degree that is reasonably
necessary in self-defense, to prevent an escape, to prevent an injury to a person or the destruction
of property, to quell a disturbance, or to restrain an inmate who exercise physical resistance to a
lawful command.

Also see AR 327 which defines excessive force as "[t]he amount of force which is beyond the need and circumstances of the particular event, or which is not justified in light of all of the circumstances[,]"; and provides that the application of physical force "[m]ust be reasonable and necessary under the circumstances[,] ... [s]hall be only the minimum amount necessary to control the situation or achieve a legitimate correctional objective[,] ... [s]hall never be used as punishment[,] ... [s]hall be dependent upon the inmate's action or non-action[,] ... [s]hall be determined on a case by case basis and the employee using or authorizing force will be required to justify the action taken[,] ... [a]nd will stop when resistance offered by the inmate ceases and the inmate is under control and placed in appropriate restraints."

§13A-6-22 states: "Assault; third degree.

(a) A person commits the crime of assault in the third degree if:

(1) With intent to cause physical injury to another person, he causes physical injury to any person; or

(2) He recklessly causes physical injury to another person; or

(3) With criminal negligence he causes physical injury to another person by means of a deadly weapon or a dangerous instrument; or

(4) With intent to prevent a peace officer from performing a lawful duty, he causes physical injury to any person." and §14-11-4 states:

[Officers and guards; failure to discharge duties; other violations. Any guard or any person having the charge, management or control of any convict who fails to discharge any of the duties imposed upon him by law or in any other way violates any of the provisions of law regulating or governing the inspection, treatment, confinement, working or guarding or the charge, management or control of convicts, state or county, when no other punishment is provided for such failure in duty or violation of law, must, on conviction, be fined not more than $1000.00, and may also be imprisoned in the county jail or sentenced to hard labor for the county, for not more than 12 months.]

While I was being walked from s-5 on my way to the medical unit I was punched in the face by officers corbin Tunstall and C. Sanders I was being walked by Sutter and officer Roggers I kept being Punched and pepper sprayed by officers untill someone from wexford - Health saw and reported it by A mental - Health observer who Name is carter (that is the last Name of the woman) to her Supervisors Mrs. Borlk and Mr. pain Statement was given to mrs. Borlk and Mr. Pain

## REQUEST FOR RELIEF

I respectfully request that you conduct an investigation into the actions of the Officers listed above. I want this matter turned over to the Jefferson County District Attorneys Office for the (Bessemer Division) of Jefferson County for the commencement of criminal proceedings for the above violations of the Code of Alabama 1975.

Respectfully Submitted,

James William Sales

AIS# 278544  Bed #5-18
100 Warrior Lane
Bessemer, AL 35023

cc: State Personnel Department
    Federal Bureau of Investigation (FBI)
    Attorney Generals Office (Alabama)

## SWORN VERIFICATION

Before me the undersigned authority, a Notary Public, in and for said County and State of Alabama at large personally appeared before me  James William Sales , who being known to me and duly sworn by me, states under oath that the foregoing statements are true and correct.

On this 16 day of  July , 2020

_____

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _        _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Notary Pubile                                My Commission Expires

TO: Warden G • Given _____ ; Warden Petterson _____ ;
Captain Johnson _____ ; Captain Caldwell _____ .

From: James Sales _____ AIS# 278544 Bed# 5-18 _____

Re: Formal Complaint against the department of C • Sanders about being in
violation of Admin. Reg. 208; Admin Reg. 327; Assault 3rd degree in violation of §13A-6-22 by
Officers and Guards; Failure to discharge duties; other violations of §14-11-4.

Date: 7-16-2020 _____

## COMPLAINT

I James William Sales , respectfully submit this complaint of "Employee
Standards of Conduct" pursuant to Admin. Reg. 208 & 327 and all applicable provisions of Title
§13A-6-22 and §14-11-4, of the Code of Alabama 1975, based on the unauthorized conduct of
Officers C • Sanders , as related in the following sworn statements.
On the 9th day of April , 2020 Officer/Guard C • Sanders ,
violated the following provisions of AR 208, 327 and §13A-6-22 & §14-11-4, of the Alabama
1975.

1. At AR 208, Section V (A)(7) which provides:  All ADOC employees shall adhere to the
following standards: (2) Render full, efficient, and industrious service; (4) Exercise courtesy and
tact; (7) Observe all laws, rules and regulations; (8) Uphold, with integrity, the public's trust
involved in the position.

At AR 208, Section V (B) provides: Each employees conduct shall, at all times, be consistent
with the maintenance of proper security and welfare of the institution and of the inmates under
his/her supervision.

At AR 208, Section V (C) provides: Employees shall not: (4) Use profane, abusive, or
threatening langauge in communication with other employees, the public, or when supervising
inmates; (17) Apply physical force to an inmate, except and only to the degree that is reasonably
necessary in self-defense, to prevent an escape, to prevent an injury to a person or the destruction
of property, to quell a disturbance, or to restrain an inmate who exercise physical resistance to a
lawful command.

Also see AR 327 which defines excessive force as "[t]he amount of force which is beyond the need and circumstances of the particular event, or which is not justified in light of all of the circumstances[,]"; and provides that the application of physical force "[m]ust be reasonable and necessary under the circumstances[,] ... [s]hall be only the minimum amount necessary to control the situation or achieve a legitmate correctional objective[,] ... [s]hall never be used as punishment[,] ... [s]hall be dependent upon the inmate's action or non-action[,] ... [s]hall be determined on a case by case basis and the employee using or authorizing force will be required to justify the action taken[,] ... [a]nd will stop when resistance offered by the inmate ceases and the inmate is under control and placed in appropriate restraints."

§13A-6-22 states: "Assault; third degree.

(a) A person commits the crime of assault in the third degree if:

(1) With intent to cause physical injury to another person, he causes physical injury to any person; or

(2) He recklessly causes physical injury to another person; or

(3) With criminal negligence he causes physical injury to another person by means of a deadly weapon or a dangerous instrument; or

(4) With intent to prevent a peace officer from performing a lawful duty, he causes physical injury to any person." and §14-11-4 states:

[Officers and guards; failure to discharge duties; other violations. Any guard or any person having the charge, management or control of any convict who fails to discharge any of the duties imposed upon him by law or in any other way violates any of the provisions of law regulating or governing the inspection, treatment, confinement, working or guarding or the charge, management or control of convicts, state or county, when no other punishment is provided for such failure in duty or violation of law, must, on conviction, be fined not more than $1000.00, and may also be imprisoned in the county jail or sentenced to hard labor for the county, for not more than 12 months.]

## STATEMENT OF THE FACTS

While I was being walked by officers sutten and roggers from s-5 suicde cell because I was sprayed with mase for cutting my arm with a knife made from a window in the cell untill I had put it out of the cell once in handcuffs I was taken out of cell five and punched in the face by officer corbin Tunstall he said while he kept on punching me

I told you to stop playing wit me nigga   I kept being punched and sprayed untill C.sanders got ther where said is that him  and officer Tunstall said yeah that him  meaning James sales I was then pulled up off the floor in the R.S.T.U Hall way and then Punched in the face two times then slaped in the face by C. Sanders All this was seen and reported to mrs. Borlls and mr. pain mental health supervisors for wexford health and statement was given by mrs. carter an mental health observer

## REQUEST FOR RELIEF

I respectfully request that you conduct an investigation into the actions of the Officers listed above. I want this matter turned over to the Jefferson County District Attorneys Office for the (Bessemer Division) of Jefferson County for the commencement of criminal proceedings for the above violations of the Code of Alabama 1975.

Respectfully Submitted,

James William Sales

AIS# 278544 ___ Bed #5-18
100 Warrior Lane
Bessemer, AL 35023

cc: State Personnel Department
    Federal Bureau of Investigation (FBI)
    Attorney Generals Office (Alabama)

## SWORN VERIFICATION

Before me the undersigned authority, a Notary Public, in and for said County and State of Alabama at large personally appeared before me James William Sales ___, who being known to me and duly sworn by me, states under oath that the foregoing statements are true and correct.

On this 16 day of ___ July ___, 2020

James Sales

_____          _____
Notary Pubile                          My Commission Expires

Lane.
naldson
es 278544
B




UNITED STATES POSTAGE
PITNEY BOWES
02 1P        $ 000.70⁰
0000934694    JUL 31 2020
MAILED FROM ZIP CODE 35023

U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

AUG 05 2020

SECU

Clerk of the United
States District court
Room 140 Hugo L. Black
U.S. courthouse, 1729 5th Ave
North Birmingham, Al
35203  2105

orrespondence is forwarded
ma State Prison. The content
evaluated; and the Alabama
f Corrections is not responsible
ce or content of the enclosed
..."