Dear filing clerk do to me Being in the prison where I was Assaulted And beaten apon by Officers And Sanders At William.E. Donaldson I do not feel safe the officers Say there going to Ether get A Inmate whom in uNknowen to me to Assault me for them I'm Already being Assault with word And threats of Physical injury from Both Officers And inmates I was sprayed in handcuffs by officer Tunstall in the medical Health care unit For giving voice to my claim Acound other inmates Now @ this Above Stated happend on may, 7, 2020 I was writen up for

Threating all offices which I did not but ~~los~~ Lost in court do to officer word be more then mine an inmate named Willie Jones saw this second assault also my mental health ~~MH~~ MHP through Wexford health wrote a report on fact she fond out about dealing with this Assault I need a transfer to Lime Stone Correctional away from this prison soon or I fear physical injury resulting in my Death

James William Sales
278544, 100 Warrior
Lane, Bessemer, Al
35023

Clerk's office
Room 140 Hugo L. Black
U.S Courthouse,
1724 5th Avenue North
Al, 35203-2195

U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
AUG 06 2020

SECU