FILED

2020 Nov-06 PM 03:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

2020 OCT 26  P 12: 40

U.S. DISTRICT COURT
N.D. OF ALABAMA

JAmes willPAM SAles
_____
*Plaintiff*

*(Write your full name. No more than one plaintiff may be named in
a complaint.)*

-v-

Case No. 2:20-cv-01685-AMM-JHE
*(to be filled in by the Clerk's Office)*

K. Petters   et al
_____
*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the
names of all of the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here. Your
complaint may be brought in this court only if one or more of the
named defendants is located within this district.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

## I.      The Parties to this Complaint

## A.      The Plaintiff

Provide the information below for the plaintiff named in the complaint.

| | |
|---|---|
| Name | James William Sales |
| All other names by which you have been known: | |
| ID Number | 278544 |
| Current Institution | William E donaldson |
| Address | 100 warrior lane |
| | Bessemer               Al          35023 |
| | *City*                *State*      *Zip Code* |

## B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed

Defendant No. 1

| | |
|---|---|
| Name | Johnson |
| Job or Title *(if known)* | ~~Sgt.~~ CPt. /~~Sgt.~~ |
| Shield Number | |
| Employer | Supervisor of the state correctioNAl |
| Address | 100 warrior lane |
| | Bessemer               Al          35023 |
| | *City*                *State*      *Zip Code* |

☑ Individual Capacity    ☑ Official Capacity

Defendant No. 2

| | |
|---|---|
| Name | Carl Sanders |
| Job or Title *(if known)* | Lt. supervisor /shift supervisor |
| Shield Number | |
| Employer | State corrections |
| Address | 100 warrior lane |
| | Bessemer               Al          35023 |
| | *City*                *State*      *Zip Code* |

☑ Individual Capacity    ☑ Official Capacity

2

Defendant No. 3

| | |
|---|---|
| Name | Corbin D Tunstall |
| Job or Title *(if known)* | Officer of the State |
| Shield Number | |
| Employer | State corrections of Alabama |
| Address | 100 Warrior lane |
| | Bessemer                Al              35023 |
| | *City*              *State*              *Zip Code* |

☑ Individual Capacity    ☑ Official Capacity

Defendant No. 4

| | |
|---|---|
| Name | T Trell |
| Job or Title *(if known)* | Officer of the State |
| Shield Number | |
| Employer | State of Alabama Corrections |
| Address | 100 Warrior lane |
| | Bessemer                Al              35025 |
| | *City*              *State*              *Zip Code* |

☑ Individual Capacity    ☑ Official Capacity

## II.     Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*;

☑   Federal officials (a *Bivens* claim)

☑   State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?     8th And 14th Amendment was violated

C.   Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?   *See Attached*

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.   *See Attached*

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply):*

☐   Pretrial Detainee

☐   Civilly committed detainee

☐   Immigration detainee

☐   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other
     *(explain)*

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.   *See Attached*

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

*See Attached*

C.  What date and approximate time did the events giving rise to your claim(s) occur?

_See Attached_

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?*

_See Attached_

## V.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

_Mental & And Physical injurys   I'm fearful doe to Jaw & being broken once that more injurys will come_

## VI.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

_I want 550 Thousand dollars After taxes And erally Parole given to do to Alabama's department's correction not & being Able of willing to Protect there inmate from Officers related Abuse_

5

D.  Did you file a grievance in the jail, prison. or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑  Yes

☐  No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑  Yes

☐  No

E.  If you did file a grievance

1.  Where did you file the grievance?

With   CAPtAin   Johnson

2.  What did you claim in your grievance?

that   I   WAS   And   Am   being   AssAlted   And  Shaven
● HArAssment

3.  What was the result. if any?

there   where   no   result   I   WAS   told   Nothing
Would   be   done   About   it

4.  What steps, if any. did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

there   is   no   Appeal   ● Procedure
At   All

7

F.  If you did not file a grievance:

    1.  If there are any reasons why you did not file a grievance, state them here:

_____

    2.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

      Cpt. Johnson, Leue'ant. Carl Sanders, warden 2 K. Petters
      I had my compliant e.mailed to them

3.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

    See Attached exhibits _____

_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☑  Yes

☐  No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

    I did not have the money
    to Pay filing fee

_____

_____

_____

8

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _JAmes  william  Sales_

   Defendant(s) _G.Givens, C.Sanders; C.D.Tunstall, K.Petterso_

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _northern  district  of  AlAbAmA_

3. Docket or index number

   _2:20-CV-2011-JHE_

4. Name of Judge assigned to your case

   _JHon  H  england III_

5. Approximate date of filing lawsuit

   _Aug:8_

6. Is the case still pending?

   ☐ Yes
   ☑ No

If no, give the approximate date of disposition. _Sep-17_

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _dismissed  had to pAy_
   _filing fee_

## IX. Certification and Closing

Under Federal Rule of Civil-Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and ( 4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

| | | | |
|---|---|---|---|
| **Printed Name of Plaintiff** | James William Sales | | |
| **Prison Identification #** | 278544 | | |
| **Prison Address** | 100 Warrior lane | | |
| | bessemer | Al | 35023 |
| | *City* | *State* | *Zip Code* |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    10/17/2020
                          (Date)

James Sales 278544
Signature of Plaintiff

10

Exhibits 1-4

**RECEIVED**

AUG 10 2020

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

Dear, filing clerk do to me Being
in the Prison where I WAS Assaulted
And beaten Apon by Officer's Tunstall
And Sanders LeueiAnt At william. E. Donaldson
I do not feel SAfe the officers
SAy there goine to Ether get A
INmATe whom in UNknowen to
me to Assault me for them
I'm Already being ~~ASSI~~ ASSAult with
word And threats of PhysicAl injury
from Both officers And inmates
I WAS sprayed in handcuffs by officer
Tunstall in the medical HeAlth care unit
For giving voice to my claim Around
other inmates Now & this Above
Stated happend on MAy, 7, 2020
I WAS writen up for

Threating An offices which I did not but ~~Lost~~ Lost in court do to officer word be more then mine An a inmate. Named willie Johason Saw this Second Assault also Also my mental Health ~~MHP~~ MHP through Wexford health wrote A report on fact she fond out About dealing with this Assault I Need A transfer to Lime Stone Correctional Away from this prison Soon or I fear physical injury resulting in my Death

Officer TunStall was around me again today the date is the 1st day of July Way was I told he would not be around me but any time he ~~wants~~ wants to is able to come around me so woul I be wrong if I do Something out of fear then I'd only keep myself i this Shit hole of A prison Rig

13th Of July I saw officer TunStall — tso he feed trays on Sunday is he still alowed has hit

~~This Part Part of A Bit Bit~~

On July 17th officer corbin Tunstall was in the drom again Ms. millar and ms. Harris was work in the dorm at the time he entered the dorm so this my or question if wexford Health already Knows this officer Assauted and has beaten me while my hands where in hand cuffs behind my back what make it safe for this officer to be around me. Futhermore 208 procedures Say that the to reder full efficent, and iNdustrious service is that to What he is doing? Respond promptly to directions and iNstructions of supervisor, observe "all" Laws, rules, and regulations and ext.. I know he is not this is me proving he is not following procedure given his for the orderly runing of this Prison Just cheak the 208 Employee StanDards of conduct and Discepline

SECURE

AUG 07 2020

U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

Clerk's office
Room 140 Hugo L, Black
U.S. coust house, 1729 5th
Avenue North Birmingham
Al, 35203 - 2145

James william sales
278544, 100 warrior
lane, Bessemer
Al, 35023

2 - 4
Exhibits

On 9/23/2020   Officer Corbin .D Tunstall was passing out Trays with officers gains, Trell, and roggers he brought a Tray to my cell/room at 10:10 on the clock And when I Asked officer gains would he bring a Tray or swich the Tray that officer Corbin D. Tunstall brought me to my cell/room with Another because I don't feel safe with him dealing with my food officer Tunstall then said to officer gains if he don't get the tray I brought him he don't eat officer gain then swich my tray out with craft in 19 cell/room to deal with the problem officer Tunstall then walked back to my cell/room door And called me inmate James william sales 278544 A ho ass scarry ass nigger I said o'k I'll be All that Just As long As I'm safe And you can't harm me Again

Signed James Sales 278544

Corbin v ....    3-4
exHibits

Officer Corbin D. Tunstall Assaulted
me JAmes william SAles 278544 with A TTAy
At 3:27 Because he's mAd I keep writing
him up for whAt he does wrong to me
I wAs LAter brought A TrAy / PlAte with food on it
by femAle officer Trell but why won't Adoc
    do Anything About this officer Corbin D. Tunstall
if he is Alowed to show Actions like this to
me with out Adoc doing Anything thAt would
mean thAt I Am not SAfe in Prison so the
Court should let me out of Prison do to
metAl HeAlth And Adoc not being Able
to Protect me inmAte JAmes williAm sAles
278544    to days date is    23/20

date: Aug-1-2020   Exhibits 4 of 4

(Attache to 1983 form) Statement of facts: Part II
Section:D) Complaint form

This I write in case something else
happens to me while I have this legal suit
going on officers that where and are at this
prison and wardens for alowing the employee's
to make these kind of Actions Against me.
At the time these event took ~~place~~ place
go As followed: Officers. of the States correctional
staff whom names Are Corbin . D. Tunstall,
LT. ~~????~~ ~~????~~ C. Sanders, Superintendents/~~????~~
warden 2-3   K. Petterson , G. Givens

         As you may already know on April 9th,
of 2020 I was in cell/room 5-S ~~????~~ dorm At
the time of ~~????~~ events of this claim
while/reson for being in S-dorm was I
was on suicide risk observation) in S-dorm
cell/room 5 I fond A way to cut myself
by making A knife out of A window And
did cut myself

               Next officer Corbin . D. Tunstall
came to the door of the cell/room I was
in with two large cans of mase I
was then sprayed by this officer six times
3 from each can  then he walked out the
dorm officer rogger came And Asked me

And I did. After that happend I was
Place in handcuff with my hand behind
my back once in cuff's I was taken
out of the suicide cell/room And
was being walked to the medical
Health care unit by officer's sutten, And
Roggers. (Now I know As you know that
because they work togather it would
be a good Idea to cheak there work
relationship do to that fact they may
lie for each other)

Furthermore I'm wanting to
show evrything so this Prison knows the
truth of what happend to me At there
Prison while I have been here As far
As this) for a shower by way of walking
through the R.S.U Hallway once I made
it in the Hallway officer Corbin .D. Tunstall
walked out of ther cubical And told the
other two officers hold him Right there
they responded with hold up let me
get away form Arand here befor yAll
do anything I Asked what do you
mean But the officess whom had
taken me out of the cell/room
walked

Out to the smoke Area between
the RSTU ~~the~~ HAllWAY And ~~the~~ the
mentAl heAlth CAre unit once the
officers whom hAd tAken me out
of the cell/room where gone I
WAS punched in the fAce repeAtdly
by officer corbin .D. TunstAll   he ~~Also~~ Also
open my eyes And sprAyed me repeAtdly
do to me AlreAdy being in cuffs wAS this
to keep me from seeing him or wAS this
doneto me to cAuse more PhysicAl injury?
IS ~~this~~ this the employee StAndArds
TrAined by AdministrAtion, And wAS he following
ADministrAtive RegulAtion ~~a~~ number 208?
for the UnderstAnding of employee's Rules
reAd 208

       After this went on ~~for~~ from
12:45 to Around 1:00 I WAS then Pulled
up off the floor of the RSTU HAll wAY
And ~~officer~~ when I opened my eye's
Officer Trell WAS on my right And
officer gAin ~~o~~ wAs on my Left And
officer corbin .D. TunstAll wAS infront of
me yelling  Now NiggA didn't I tell you to
Stop PlAying with me

While he WAS yelling this. officer
LT. C. SAnders WAlked in And Said is that
him meaning me JAmes william SAles
278544 officer tunstAll SAid yeAh
thats the dumb Ass right there Pointing
At me. ~~officer~~ LT. SANders WAlked UP
to me And SlAPed me in the fAce
then Punched me in the right eye
two times I then SAid you
Know you Just rebroke my JAW he
resPonded With So whAt niggA whAt cAn
you do About it

Last A mentAl heAlth Obsever NAmed
mrs. cAter WAS PlAced AS my Obsever At
the time the event in this my ClAim
hAPPend. WAS ~~were~~ there in the smAll
sPAce between the smoke AreA And
the RSTU hAll WAy And SAw me
being AssAulted And brutAly treAted
in the RSTU hAll WAy And rePorted
whAt she sAw to mrs. Boolk And mr. PAin
the ~~superviser's~~ Superviser's over
mentAl heAlth All these events
Above stAted hAPPend on APril 9th, 2020

While he was yelling this. Officer ~~C.S.~~
LT. C. SANders WALked in And SAid is thAt
him   meaning me JAmes williAm SAles
278544 Officer tunstAll SAid yeAh"
thAts  the dumb Ass right there Pointing
At me. ~~officer~~ LT. SANders WALked UP
to me   And SlAPed me in the fAce
then PUNched me in the right eye
two times  I then  SAid you
Know you Just rebroke my JAW he
resPonded With So whAt niggA whAt cAN
you do About it

Last   A mentAl heAlth Obsever NAmed
mrs. CAter WAs PlAced As my observer At
the time the event in this my ClAim
hAPPeNd. WAs ~~there~~ there in the smAll
sPAce between the Smoke AreA ANd
the RSTU hAll WAy ANd SAw me
being AssAulted And brutAly treAted
in the RSTU hAll WAy And rePorted
WhAt She SAw to mrs. Boolk And mr. PAiN
the ~~superviser's~~ SuPerviser's over
mentAl heAlth   All these events
Above stAted hAPPeNd on APril 9th, 2020

After the events of April 9th 2020
I WAS SexAly Assulted by officer
Tunstall ~~the~~ this event happend on
April 14th 2020  While I WAS be
WAlk to my 10 dAy crisis risk follow up
Apointment it around 7:30 or 8:00 Am when
~~officers~~ officers Trell, gains, And Tunstall
WAlked in the dorm they did not SAy
Anything to me yet  so when mrs. Trell the
officer of the StAte cAme to my door
I sAid good morning to her she sAid
do you what to ~~go~~ go to your follow up,
I sAid yes she then hAnd Cuffed men
behind my bAck  Officers gains, and
Tunstall wAlked on the side of ~~the~~ dorm
with cell/room ~~a~~ numbers 1-12 on the
bottom And 25-36 on top I WAS in
X-dorm  At ~~the~~ the ~~a~~ time these
events happend once I mAde ~~it~~ it
down the stAirs  I hAd Trell behind me
And gAin on my right  And officer
Corbin .D. Tunstall on my left  when
I hAd mAde it ~~to~~ to the middle of
the floor. Tunstall moved infront of
me and Pulled my Penis out folded
my Penis over his cut down tool And

Said nigga I'll cut your dick head off
I reported this in the mental
Health care when I got there to
Mr. spincer And the docter.

May 7th I was still in X-36 I
was told by the officers I had sick call
Apointment once there I saw captain
Caldwell in the medical Health unit
So I said what do I do about
what your officer has done to me
he responded with write INI
that ain't got nothing to do with
me. So I said I would And
he walked out then Inmates
Asked me what happend so I
said what had happend And officer
tunstall walked over to where I
was sitting Asked me what I had
Just said and the hole time I
had a mask on do to covert 19 out
break And I said what said was you
have assaulted me two times so far
in two different ways he
then pulled his Personal mase can out
And sprayed the hole can on me